IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DANIEL H. GOVIND, ) | No. C 13-00346 EJD (PR) |
| Plaintiff. ) | ORDER OF DISMISSAL |

On January 25, 2013, Plaintiff filed a letter that was construed as an action pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff a notice that he had not file an <u>In Forma Pauperis</u> ("IFP") application or a proper complaint and they needed to be filed within thirty days or else the case would be dismissed. (Docs. No. 2, 3.) The deadline has passed and Plaintiff has not filed the required documents. Accordingly, Plaintiff's case is DISMISSED.

The Clerk shall terminate any pending motions and close the file.

DATED: 3/25/2013

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
00346Govind_dism-ifp&compl.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE DANIEL H. GOVIND,   Case Number CV 13-00346 EJD (PR)

    Plaintiff.

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____3/26/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Daniel H. Govind**
K-17945
California Institution for Men
A-OH-117L
PO Box 368
Chino, CA 91708

DATED: ____3/26/2013_____

    Richard W. Wieking, Clerk
    /s/ By: Elizabeth Garcia, Deputy Clerk