1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  IN RE DANIEL H. GOVIND,                 )        No. C 13-00346 EJD (PR)
                                           )
12          Plaintiff.                     )        ORDER GRANTING EXTENSION
                                           )        OF TIME TO FILE COMPLETE *IN*
13                                         )        *FORMA PAUPERIS* APPLICATION
                                           )        AND COMPLAINT TO REOPEN
14                                         )        THIS ACTION
                                           )
15                                         )
                                           )
16  _____)

17          On March 26, 2013, the Court dismissed the instant civil rights action without

18  prejudice for Plaintiff's failure to pay the filing fee or file a complaint, and a judgment of

19  dismissal without prejudice was entered.  (Docket No. 4.)

20          On April 17, 2013, Plaintiff filed and "Objection to default judgment" which the

21  Court construes as a motion for reconsideration.  Plaintiff asserts that he had timely

22  completed and sent the In Forma Pauperis ("IFP") Application in March 2013, and that he

23  had sent a request to the Mailroom Supervisor to verify his trust account and forward it to

24  the Court.  (Docket No. 6.)  Plaintiff has provided a copy of the IFP application.

25  However, the application is incomplete because Plaintiff failed to provide a Certificate of

26  Funds in Prisoner's account completed and signed by an authorized prison official and a

27  copy of his prisoner trust account statement showing transactions for the last six months.

28  Nor has the Court received these documents from prison officials.

Order Granting EOT to file IFP and Complaint
00346Govind_eot-recon.wpd                          1

1    Furthermore, Plaintiff has yet to file a proper complaint using the court's form

2  complaint.  In the interest of justice, the Court will provide Plaintiff an extension of time

3  to reopen this action **within twenty-eight (28) days** from the date of this order.  In that

4  time, Plaintiff must file a proper complaint using the court's form complaint and file the

5  necessary documents to complete his IFP application.  If Plaintiff fails to do either in the

6  time provided, this action shall remain closed.

7    The Clerk shall enclose two copies of the court's form complaint and two blank

8  Certificate of Funds in Prisoner's account forms with a copy of this order to Plaintiff.

9

10  DATED: _____5/1/2013_____          _____

                                          EDWARD J. DAVILA

11                                         United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting EOT to file IFP and Complaint
00346Govind_eot-recon.wpd                    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE DANIEL H. GOVIND,

        Plaintiff.

Case Number: CV13-00346 EJD

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____5/2/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel H. Govind K-17945
California Institution for Men
A-OH-117L
PO Box 368
Chino, CA 91708

Dated: _____5/2/2013_____

        Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk