IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL H. GOVIND,<br><br>   Plaintiff,<br><br>   v.<br><br>CASH and TORRES<br><br>   Defendants. | No. C 13-00346 EJD (PR)<br><br>ORDER GRANTING MOTION FOR RECONSIDERATION; GRANTING MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*<br><br>(Docket No. 6.) |

On March 26, 2013, the Court dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee or file a complaint. (Docket No. 4.) On April 17, 2013, Plaintiff filed a letter that the Court construed as a motion for reconsideration of the dismissal. (Docket No. 6.) Plaintiff had not yet paid the filing fee or filed a complaint. On May 2, 2013, the Court granted Plaintiff an extension of time of twenty-eight days to pay the filing fee and to file a complaint. (Docket No. 7.) Plaintiff has filed a complete application to proceed in forma pauperis and a complaint. (See Docket Nos. 8-10.) Accordingly, Plaintiff's motion for reconsideration is **GRANTED**. The Clerk of the Court is instructed to **REOPEN** the case.

Plaintiff's motion for leave to proceed in forma pauperis, is also **GRANTED**. The total filing fee that ultimately will be due is $350.00. Due to the lack of funds in Plaintiff's account, no initial filing fee is due. Funds for the filing fee will be taken from

1 income to Plaintiff's account in accordance with 28 U.S.C. § 1915(B)(1).  A copy of this
2 Order and the attached instructions will be sent to Plaintiff, the prison's trust account
3 office, and the Court's financial office.
4     The Court will conduct an initial review of the complaint in a separate order.

6 DATED:   6/25/2013            *signature*
                                            EDWARD J. DAVILA
7                                             United States District Judge

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

INSTRUCTIONS FOR PAYMENT OF PRISONER'S FILING FEE

The prisoner shown as the plaintiff or petitioner on the attached order has filed a civil action in forma pauperis in this court and owes to the court a filing fee. Pursuant to 28 U.S.C. § 1915, the fee is to be paid as follows:

    The initial partial filing fee listed on the attached order should be deducted by the prison trust account office from the prisoner's trust account and forwarded to the clerk of the court as the first installment payment on the filing fee. This amount is twenty percent of the greater of (a) the average monthly deposits to the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition.

    Thereafter, on a monthly basis, 20 percent of the preceding month's income credited to the prisoner's trust account should be deducted and forwarded to the court each time the amount in the account exceeds ten dollars ($10.00). The prison trust account office should continue to do this until the filing fee has been paid in full.

If the prisoner does not have sufficient funds in his/her account to pay the initial partial filing fee, the prison trust account office should forward the available funds, and carry the balance forward each month until the amount is fully paid.

If the prisoner has filed more than one complaint, (s)he is required to pay a filing fee for each case. The trust account office should make the monthly calculations and payments for each case in which it receives an order granting in forma pauperis and these instructions.

**The prisoner's name and case number must be noted on each remittance.** The initial partial filing fee is due **within thirty days** of the date of the attached order. Checks should be made payable to Clerk, U.S. District Court and sent to Prisoner Accounts Receivable, U.S. District Court, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

cc:    Plaintiff

       Finance Office

Order Granting Mot. for Recon.; Granting Leave to Proceed IFP
00346Govind_grant-recon.wpd

3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DANIEL H. GOVIND,          Case Number CV 13-00346 EJD (PR)

    Plaintiff,                **CERTIFICATE OF SERVICE**

  v.

CASH and TORRES,

    Defendants.

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____6/25/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

Daniel H. Govind
K-17945
California Institution for Men
A-OH-117L
PO Box 368
Chino, CA 91708

Prison Inmate Trust Fund Office
California Institution for Men
A-OH-117L
PO Box 368
Chino, CA 91708

U.S. District Court
Finance Department
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

DATED: _____6/25/2013_____

                            Richard W. Wieking, Clerk

                            /s/By: Elizabeth Garcia, Deputy Clerk